SUMMONS IN A CIVIL ACTION
Continued

**Moda Flame, Inc.**
**c/o Artem Galperin, Registered Agent**
**103 Industrial Park Road**
**Roebuck, SC 29376**

**Artem Galperin**
**127 Castleton Circle**
**Boiling Springs, SC 29316**

**Elite Flame**
**127 Castleton Circle**
**Boiling Springs, SC 29316**

1