AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Walker Edison Furniture Company, LLC, a Utah limited liability company<br>*Plaintiff*<br>v.<br>Gibson Living Inc, a South Carolina corporation; MODA Flame, a South Carolina corporation; Elite Flame; and Artem Galperin, an individual<br>*Defendant* | )<br>)<br>)  Civil Action No.    7:16-cv-882-JMC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: Plaintiff Walker Edison Furniture Company, LLC's Motion to Dismiss and for Permanent Injunction is granted.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs.

Date:  August 19, 2016                                                                         *CLERK OF COURT*


                                                                                            s/Angela Lewis, Deputy Clerk
                                                                                            *Signature of Clerk or Deputy Clerk*